UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER WILLIAMS | CIVIL ACTION |
| versus | NO. 13-5195 |
| WARDEN BURL CAIN | SECTION: "N" (3) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 25, 2013 (Rec. Doc. No. 16), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Christopher Williams** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9th day of December, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE